**Harriet J. Humiston, appellee, v. Francis R. Dennis et al., on appeal of Henry Kahney, appellant. Gen. No. 24,970.**

Interlocutory appeal from the Superior Court of Cook county; the

Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court. Affirmed on opinion in Gen. No. 24,966, *ante*, p. 633. Opinion filed April 29, 1919.

Archibald Cattell, John B. King and Carl A. Waldron, for appellant.

Shepard, McCormick, Kirkland, Patterson & Fleming and Tuesburg, Wilson & Armstrong, for appellee.

Mr. Justice Barnes delivered the opinion of the court.